HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOFFREY GRAY, et al.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, et al.,<br><br>　　　　　　Defendants. | No. 2:25-cv-01345-JNW<br><br>**UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>July 18, 2025 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), and the Court's Civil Chambers Procedures, Defendants Washington State Department of Transportation ("WSDOT"), Amy M. Scarton, and Kimberly Monroe Flag (together, "Defendants") respectfully request the Court extend Defendants' deadline to respond to the First Amended Complaint ("FAC") approximately four weeks until August 22. In support of the foregoing request for relief, Defendants state as follows:

　　　1.　　On December 18, 2024, Plaintiffs filed this action in the Superior Court of the State of Washington for King County, alleging five causes of action under state law. *See* Dkt. 1-2 (Complaint).

UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT - 1
Case No. 2:25-cv-01345-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2. On June 27, 2025, Plaintiffs amended their complaint, adding one additional defendant, three new causes of action including one federal claim pursuant to 42 U.S.C. § 1983, and over 148 additional pages of allegations. *See* Dkt. 1-3 (FAC).

3. Defendants timely removed the case to this Court on July 17, 2025. *See* Dkt. 1.

4. Defendants' current deadline to respond to the FAC is July 24, 2025. *See* Fed. R. Civ. Pro. 81(c)(2)(C).

5. On July 14, 2024, counsel for the parties met and conferred as to the requested relief, and Plaintiffs' counsel advised that Plaintiffs do not oppose the relief requested by Defendants.

6. Counsel for Defendants have reviewed the Court's Civil Chambers Procedures, including Rule 5.3 addressing agreed extensions of the deadline to answer or otherwise respond to a complaint. Plaintiffs' counsel stated they would not oppose the instant Motion but did not agree or stipulate to the extension, necessitating the filing of this Motion.

7. Accordingly, good cause exists for the requested relief, given Plaintiffs' non-opposition, and the fact that the requested relief is reasonable and proportionate to the nature and length of the new allegations in the FAC. Defendants therefore respectfully request the Court extend their deadline to respond to the FAC to August 22, 2025.

8. Defendants have not sought any prior extension of time and the proposed extension will not impact any previously scheduled dates in this matter.

UNOPPOSED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO FIRST AMENDED
COMPLAINT - 2
Case No. 2:25-cv-01345-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

DATED this 18th day of July, 2025.

            PACIFICA LAW GROUP LLP

            *s/ Elle. F. Chapman*
            Ellie F. Chapman, WSBA No. 55881
            Zachary J. Pekelis, WSBA No. 44557
            Anita Khandelwal, WSBA No. 41385

            PACIFICA LAW GROUP LLP
            401 Union Street, Suite 1600
            Seattle, WA 98101-2668
            T: (206) 245-1700
            F: (206) 245-1750
            ellie.chapman@pacificalawgroup.com
            zach.pekelis@pacificalawgroup.com
            anita.khandelwal@pacificalawgroup.com

            *Attorneys for Defendants*

UNOPPOSED MOTION TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO FIRST AMENDED
COMPLAINT - 3
Case No. 2:25-cv-01345-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED.

3  Dated this _____ day of July, 2025.

 

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

By:

PACIFICA LAW GROUP LLP

*s/ Ellie F. Chapman*
Ellie F. Chapman, WSBA No. 55881
Anita Khandelwal, WSBA No. 41385
Galen Knowles, WSBA No. 59644

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
T: (206) 245-1700
F: (206) 245-1750
ellie.chapman@pacificalawgroup.com
anita.khandelwal@pacificalawgroup.com
galen.knowles@pacificalawgroup.com

*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
Case No. 2:25-cv-01345-JNW

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750