HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOFFREY GRAY, et al., <br><br> Plaintiff, <br> v. <br><br> WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, et al., <br><br> Defendants. | No. 2:25-cv-01345 <br><br> **STIPULATED MOTION AND ORDER TO PERMIT SECOND AMENDED COMPLAINT, SET DEADLINE FOR PARTIES' JOINT PROPOSAL OF RULE 12 BRIEFNG SCHEDULE, AND SET WORD LIMITS** <br><br> NOTE ON MOTION CALENDAR: <br> August 21, 2025 |

Pursuant to Civil Local Rules 7(d)(1), 10(g), and Section 5.6 of the Court's Civil Chambers Procedures, Plaintiffs and Defendants Washington State Department of Transportation (WSDOT), Amy M. Scarton, Kimberly Monroe Flag (collectively, "Defendants"), by and through their respective attorneys, hereby move the Court to enter an order permitting Plaintiffs to file a Second Amended Complaint (SAC). Plaintiffs do not concede that a Rule 12 motion will be appropriate following the filing of the SAC, and insist that chambers procedures be followed related thereto,

STIPULATED MOTION AND ORDER TO
PERMIT SECOND AMENDED COMPLAINT, SET
DEADLINE FOR PARTIES' JOINT PROPOSAL OF RULE
12 BRIEFING SCHEDULE, AND TO SET WORD
LIMITS- 1
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

but do not oppose Defendants' additional request herein setting a deadline for the parties to propose an associated Rule 12 briefing schedule, and enlarging the word limits such briefing. In support of the foregoing request for relief, Plaintiffs and Defendants state as follows:

1. Plaintiffs originally filed this action in the Superior Court of the State of Washington for King County. *See* Dkt. 1-2 (Complaint).

2. On June 27, 2025, Plaintiffs amended their complaint, adding one additional defendant, three new causes of action including one federal claim pursuant to 42 U.S.C. § 1983, and over 148 additional pages of allegations. *See* Dkt. 1-3 (First Amended Complaint or FAC).

3. Defendants timely removed the case to this Court on July 17, 2025. Dkt. 1.

4. Defendants' current deadline to respond to the FAC is August 22, 2025. Dkt. 7.

5. On August 11, 2025, counsel for the parties met and conferred pursuant to Section 5.6 of the Court's Civil Chambers Procedures regarding Defendants' anticipated filing of a motion to dismiss the FAC. Counsel agreed that the most efficient path forward is for Plaintiffs to further amend their pleading prior to Defendants filing any motion to dismiss. The parties further agreed that, given that this action involves 67 Plaintiffs with highly individualized allegations and 8 causes of action, good cause enlarging the words limits for the parties' briefs.

6. Accordingly, the parties stipulate and respectfully move the Court to enter an order permitting Plaintiffs to file a SAC no later than September 18, 2025, and permitting the parties to jointly file a proposed Rule 12 briefing schedule by October 2, 2025.

7. The parties further stipulate and respectfully move the Court to enter an order enlarging the Civil Local Rule 7(e)(3) word limits for anticipated motion to dismiss briefing as

STIPULATED MOTION AND ORDER TO
PERMIT SECOND AMENDED COMPLAINT, SET
DEADLINE FOR PARTIES' JOINT PROPOSAL OF RULE
12 BRIEFING SCHEDULE, AND TO SET WORD
LIMITS- 2
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

follows:

| Brief | Current Word Limit | New Word Limit |
|---|---|---|
| Defendants' Motion to Dismiss | 8,400 words | 13,000 words |
| Plaintiffs' Opposition to Motion to Dismiss | 8,400 words | 13,000 words |
| Defendants' Reply in Support of Motion to Dismiss | 4,200 words | 7,000 words |

STIPULATED TO this 21st day of August, 2025.

PACIFICA LAW GROUP LLP

s/ Ellie F. Chapman
Ellie F. Chapman, WSBA No. 55881
Zachary J. Pekelis, WSBA No. 44557
Anita Khandelwal, WSBA No. 41385
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
T: (206) 245-1700
F: (206) 245-1750
ellie.chapman@pacificalawgroup.com
zach.pekelis@pacificalawgroup.com
anita.khandelwal@pacificalawgroup.com
Attorneys for Defendants

ARNOLD JACOBOWITZ & ALVARADO PLLC

 s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356
Lesley Alvarado, WSBA No. 61465
720 Seneca St, Ste. 107, No. 303
Seattle, WA 98101
Tel: (206) 799-4221
Nathan@AJAlawyers.com
Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER TO PERMIT SECOND AMENDED COMPLAINT, SET DEADLINE FOR PARTIES' JOINT PROPOSAL OF RULE 12 BRIEFING SCHEDULE, AND TO SET WORD LIMITS- 3
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# ORDER

IT IS SO ORDERED.

Dated this 22nd day of August, 2025.

_____
HONORABLE JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

PACIFICA LAW GROUP LLP

s/ Ellie F. Chapman
Ellie F. Chapman, WSBA No. 55881
Zachary J. Pekelis, WSBA No. 44557
Anita Khandelwal, WSBA No. 41385
PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101-2668
T: (206) 245-1700
F: (206) 245-1750
ellie.chapman@pacificalawgroup.com
zach.pekelis@pacificalawgroup.com
anita.khandelwal@pacificalawgroup.com
Attorneys for Defendants


ARNOLD JACOBOWITZ & ALVARADO PLLC

s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356
Lesley Alvarado, WSBA No. 61465
720 Seneca St, Ste. 107, No. 303
Seattle, WA 98101
Tel: (206) 799-4221
Nathan@AJAlawyers.com
Attorneys for Plaintiffs

STIPULATED MOTION AND ORDER TO PERMIT SECOND AMENDED COMPLAINT, SET DEADLINE FOR PARTIES' JOINT PROPOSAL OF RULE 12 BRIEFING SCHEDULE, AND TO SET WORD LIMITS- 4
Case No. 2:25-cv-01345

PACIFICA LAW GROUP  LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750