HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GEOFFREY GRAY, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, et al.,<br><br>　　　　　Defendants. | No. 2:25-cv-01345<br><br>**STIPULATED MOTION AND ORDER TO SET RULE 12 BRIEFING SCHEDULE**<br><br>NOTE ON MOTION CALENDAR:<br>October 2, 2025 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), and the Court's August 22 Order (Dkt. 12), Plaintiffs and Defendants Washington State Department of Transportation, Amy M. Scarton, and Kimberly Monroe Flaig (collectively, "Defendants"), by and through their respective counsel, respectfully move the Court to enter the proposed briefing schedule for Defendants' forthcoming Motion to Dismiss. In support of the foregoing request for relief, the parties state as follows:

　　　　1.　　On August 22, 2025, this Court entered an order granting the parties' stipulated motion permitting Plaintiffs to file a Second Amended Complaint, enlarging the word limits for the parties' anticipated Rule 12 briefing, and instructing the parties to file a proposed Rule 12 briefing schedule by October 2. Dkt. 12.

STIPULATED MOTION AND ORDER TO SET RULE 12 BRIEFING SCHEDULE - 1
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

2. On September 18, 2025, Plaintiffs filed their Second Amended Complaint, asserting several additional claims and over 168 pages of allegations. Dkt. 13.

3. Counsel for the parties have met and conferred regarding a Rule 12 briefing schedule pursuant to the Court's August 22 Order. Dkt 12. The parties agreed that good cause exists to set the following extended briefing schedule for Defendants' Motion to Dismiss, given that this action involves 67 Plaintiffs with highly individualized allegations and six causes of action.

4. Accordingly, the parties stipulate and respectfully move the Court to enter an order adopting the following briefing schedule for Defendants' forthcoming Motion to Dismiss:

| **Brief** | **Deadline** |
|---|---|
| Defendants' Motion to Dismiss | December 1, 2025 |
| Plaintiffs' Opposition to Motion to Dismiss | January 30, 2026 |
| Defendants' Reply in Support of Motion to Dismiss | March 16, 2026 |

STIPULATED MOTION AND ORDER TO SET RULE 12 BRIEFING SCHEDULE - 2
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

DATED this 2nd day of October, 2025.

| | |
|---|---|
| PACIFICA LAW GROUP LLP | ARNOLD JACOBOWITZ & ALVARADO PLLC |
| *s/ Ellie F. Chapman* | *s/ Nathan J. Arnold* |
| Ellie F. Chapman, WSBA No. 55881 | |
| Zachary J. Pekelis, WSBA No. 44557 | Nathan J. Arnold, WSBA No. 45356 |
| Anita Khandelwal, WSBA No. 41385 | Lesley Alvarado, WSBA No. 61465 |
| | 720 Seneca St, Ste. 107, No. 303 |
| PACIFICA LAW GROUP LLP | Seattle, WA 98101 |
| 401 Union Street, Suite 1600 | Tel: (206) 799-4221 |
| Seattle, WA 98101-2668 | Email: Nathan@AJAlawyers.com |
| T: (206) 245-1700 | |
| F: (206) 245-1750 | *Attorneys for Plaintiffs* |
| ellie.chapman@pacificalawgroup.com | |
| zach.pekelis@pacificalawgroup.com | |
| anita.khandelwal@pacificalawgroup.com | |

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER TO SET RULE 12 BRIEFING SCHEDULE - 3
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# ORDER

IT IS SO ORDERED.

Dated this 7th day of October, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JAMAL N. WHITEHEAD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

| PACIFICA LAW GROUP LLP | ARNOLD JACOBOWITZ & ALVARADO PLLC |
|---|---|
| *s/ Ellie F. Chapman* | *s/ Nathan J. Arnold* |
| Ellie F. Chapman, WSBA No. 55881 | Nathan J. Arnold, WSBA No. 45356 |
| Zachary J. Pekelis, WSBA No. 44557 | Lesley Alvarado, WSBA No. 61465 |
| Anita Khandelwal, WSBA No. 41385 | 720 Seneca St, Ste. 107, No. 303 |
| | Seattle, WA 98101 |
| PACIFICA LAW GROUP LLP | Tel: (206) 799-4221 |
| 401 Union Street, Suite 1600 | Email: Nathan@AJAlawyers.com |
| Seattle, WA 98101-2668 | |
| T: (206) 245-1700 | *Attorneys for Plaintiffs* |
| F: (206) 245-1750 | |
| ellie.chapman@pacificalawgroup.com | |
| zach.pekelis@pacificalawgroup.com | |
| anita.khandelwal@pacificalawgroup.com | |

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER TO SET RULE 12 BRIEFING SCHEDULE - 4
Case No. 2:25-cv-01345

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750